**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    Case No.  2:07-cr-110-FtM-29SPC

**CLAYTRINA GRIFFIN**
_____

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 31) entered April 10, 2008, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Counts One and Two of the Indictment.

**Sentencing is scheduled for July 14, 2008 at 1:30 p.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this   14th   day of April, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies: All Parties of Record